

Desiree N. Murray (SBN 330079)
DMurray@wiley.law
**WILEY REIN LLP**
2050 M Street, NW
Washington, D.C. 20036
202-719-3312 (phone)
202-719-7049 (fax)

Counsel for Defendant,
Noridian Healthcare Solutions, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

Dr. Orly Taitz,

       Plaintiff,

    v.

Noridian Healthcare Solutions, LLC,

      Defendant.

Case No. 8:23-CV-02204-JWH-DFM

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Judge: Honorable John W. Holcomb
Court Room: 9D

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Orly Taitz and Defendant Noridian Healthcare Solutions, LLC, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, the parties to bear their own costs, expenses, and fees.

The Parties acknowledge that this dismissal with prejudice has no bearing on Plaintiff's ability to bring suit against real parties in interest, of which Defendant is not one.

DATED:  February 8, 2024

Respectfully submitted,

Desiree Murray
DMurray@wiley.law
Wiley Rein LLP
2050 M Street, NW
Washington, D.C. 20036
202-719-3312 (phone)
202-719-7049 (fax)

*Counsel for Defendant,*
*Noridian Healthcare Solutions, LLC*

Dr. Orly Taitz, Esq.
orly.taitz@gmail.com

2

Case No. 8:23-CV-02204-DOC-DFM

JOINT STIPULATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*29839 Santa Margarita*
*Ste. 100*
*Rancho Santa Margarita, CA 92688*
949-683-5411 (phone)
949-766-2603 (fax)

*Counsel for Plaintiff,*
*Dr. Orly Taitz*

3